U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

JUN 28 2018

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

In the United States District Court
For the Third Department, Sixth Judicial District

---

Michael A.Demuth
    Plaintiff,


        v.

Chenango County Dept
Of Social Services
Sarah C.Fitzpatrick
Attorney
Brandi Guinn
CPS Worker
Nicole Sheehan
CPS Worker
Beth Beers
Supervisor A
Misty Davis
Supervisor B
Teresa Foster-Jones
Foster care
Nancy Champion
Foster care

---

Complaint
Civil Action No. 3:18-CV-767
LEK|DEP


Plaintiff Michael A.Demuth,pro se, for their complaint states as follows:


Plaintiff Michael A.Demuth was confined in the county correctional facility located at 279 ctrd 46 in the town of Norwich in the state of New York from April 25th to present of 2018 Plaintiff is still currently confined at the same correctional facility.

Plaintiff Michael A.Demuth is,and was at all times mentioned herein,an adult citizen of the United States and a resident of the state of New York.

Defendant Sarah C.Fitzpatrick was at all relevant times herein the attorney for the dept of social services in the city of Norwich State of New York.

Defendant Brandi Guinn was at all relevant times herein the CPS worker for the county of chenango in the city of Norwich State of New York.

Defendant Nicole Sheehan was at all relevant times herein the CPS worker for the county of chenango in the city of Norwich State of New York.

Defendant Beth Beers was at all relevant times herein the supervisor A for CPS for the county of chenango in the city of Norwich State of New York.

Defendant Misty Davis was at all relevant times herein the supervisor B for CPS for the county of chenango in the city of Norwich State of New York.

Defendant Teresa Foster-Jones was at all relevant times herein the foster care worker for the county of chenango in the city of Norwich State of New York.

Defendant Nancy Champion was at all relevant times herein the foster care worker for the county of chenango in the city of Norwich State of New York.

Defendant Sarah C.Fitzpatrick is employeed as attorney for dept of social services for the county of chenango.

Defendant Brandi Guinn is employeed as CPS worker for the dept of social services for the county of chenango.

Defendant Nicole Sheehan is employeed as CPS worker for the dept of social services for the county of chenango.

Defendant Beth Beers is employeed as Supervisor A for the CPS workers in the dept of social services for the county of chenango.

Defendant Misty Davis is employeed as Supervisor B for the CPS workers in the dept of social services for the county of chenango.

Defendant Teresa Foster-Jones is employeed as foster care worker/provider in the dept of social services for the county of chenango.

Defendant Nancy Champion is employeed as foster care worker/provider in the dept of social services for the county of chenango.

Defendants city of Norwich is and was at all relevant times herein a municipal corporation of the State of New York.

This action arises under and is brought pursuant to 42 U.S.C. Section 1983 to remedy the deprivation,under color of law,of right guaranteed by the Eighth and Fourteenth Amendments to the United States Constitution.This court has jurisdiction over this action pursuant to 28 U.S.C. Section 1331.

Plaintif claims for injunctive relief are authorized by 28 U.S.C Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

This cause of action arose in the Third Department, Sixth Judicial District. Therefore,venue is proper under 28 U.S.C. Section 1391(b).

Plaintiff has not filed other lawsuit dealing with the same facts involved in this action or otherwise relating to his complaint.

At all relevant times herein,defendants were "persons" for purpose of 42 U.S.C. Section 1983 and acted under color of law to deprive plaintiff of there constitutional rights,as set forth more fully below.

This plaintiff has been dealing with the local department of social services more so the Child Protective Services since his child was born in july of 2013.I have had many dealing with these defendants due to numerious complaints that were filed against myself and the mother of said children therefore I have been subjected to the numerious alligations of abuse and neglect that these defendants have brought on this plaintiff.I have had numerious hearings that have dealt with these defendants and have even took it all the way to the regional office with the many complaints I have submitted against these defendants the most recent being and involving my son C███ L b███ and my doughter S█████ E De███.The mother of said children has been involved with the CPS and Foster care units for a long time as she does not have any of the children that she has given birth to,and just recently she has given up custody of her two older boys to the parents of the kids father.She has five children in total and as of now the two I have with her are in foster care and im fighting to gain them back with no avail,the two older boys are with the fathers parents and the other girl whos father is unknown is with my two children in foster care.I have fought these defendants tooth and nail and they have used everything they could against myself dragging me to the ground running me through the mud and along the way defamation of charictor harrassment and even went as far as to have me arressted out of the city of norwich for harrassment for stating my thoughts about them.I just recently had a fact finding hearing in the chenango county family court and present were the named defendants my attorney Zack Wentworth the mother of the children Stephanie Bates.There has been numerious orders of protections put in place by the honerable Patrick J.O'Sullivan himself as the department of social requested them to be put in place for the protection of the children.There oop's in place against myself and the mother,against myself and the children,the mother and the children,the mother and myself,the children and the mothers husband a Shawn Cummings,the mother and Mr.Cummings,Mr Cumming and myself so in all there are oop's in place against us all set forth by the judge himself,but yet Ms.Bates broke all the oop's in place by taking the children one weekend out of the county with her husband and spending the weekend with Mr Cummings with the miner children with her.Mr Cummings was just relsased from prison for not only a failure to register but alligations of molesting his own children in which im aware of because at the time Ms.Bates was living with him and my child C███ L.B███ was also living with them.So with that being said the local dept of CPS not only let Ms Bates and Mr Cummings brake the law by braking the oders of protection but the same judge that infact put the

orders of protections in place did not interviene and do anything about it as well so therefore all named defendants are at fault by allowing the things that took place to happen.In or around september of last year the mother was in the hospital here in Norwich ny with septic shock from and severe infection in the blood stream that she was shipped to upstate medical center in syracuse N.Y.She was in the hospital there for about three to four weeks and I was by her side every step of the way and when the local CPS found out about it they infact went to the judge in family court and was granted an order for removel of the children from my home due to me not being the childs biological father,but during the first time I went to see her in syracuse she infact signed a noterized letter giving myself temporary custody of the children untill she was able to be released and care for them,but needless to say the judge granted the local CPS an order removing the childer from my care and home and placing them in the system/foster care where there still at to this day.The mother then was released from the hospital and moved in with myself and father so she could be cared for as she still needed to have injections done due to the infection being so severe and all this is documented threw the hospital because they had to come out every two weeks and supply the injections.Therefore there were numeruous people in or around us at all times and yet the local CPS was able to do what they did not only to myself and the mother but to the children that suffer because of being taken from us and placed in the system/foster care.Because of this my children suffer tramatic mental health illness due to being placed outside the home with people they dont even know.I've been fighting to gaint the children back and am going to continue to do so upon my release from the correctional facility.The last child that was born was in november of 2018 and I myself have only seen the little girl a total of three days before she was taken form myself.Although I am not the biological father of the said child I did infact sign the acknlodgement of perternity in the hospital therefore giving the child my last name and saying that no matter what I would love charish and care for the child like it was my own because the child was born from a rape of the mother,but yet the local CPS refuses this father of the children see her or ahve anything to do with her although the state of N.Y reconizeses her as my child.

Plaintiff request an order declaring that the defendants have acted in violation of the United States Constitution.

Plaintiff request an injction compelling defendants to withdraw thereselfs from the case and to be made to give back the children upon my release from the correctional facility whaich will be with in the next few weeks.

Plaintiff request 5 million dollars as compensatory damages as well for lost time with his children who are now subjected to being raised by foster care due to being locked up.I am now fighting for there return to my family.

Signed this 23rd day of June,2018.

Michael A.Demuth

I declare under penalty of purjury that the foregoing is true and correct.

Michael A.Demuth

June 23rd,2018

Michael Demuth
Chenango County Sheriff's Office
279 Co Rd 46
Norwich, NY 13815
Inmate Correspondence

Federal Court House

15 Henery St

Binglamton NY

13902

U.S. POSTAGE >> PITNEY BOWES

ZIP 13815 $ 000.89⁰
02 1W
0001398497 JUN 26 2018

2723 C068